IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GARY LIPPINCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTV, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-15-5096 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |

On November 16, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendants are hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal and exhibits attached thereto, filed November 6, 2015.

**IT IS SO ORDERED.**

Dated: November 18, 2015

                                                      MAXINE M. CHESNEY<br>                                                      United States District Judge