FILED
CLERK, U.S. DISTRICT COURT

12/30/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION

IN RE: NATIONAL FOOTBALL LEAGUE'S "SUNDAY TICKET" ANTITRUST LITIGATION

2:15-cv-09996-BRO(JEMx)

Lippincott v. DIRECTV, Inc. et al

(SEE ATTACHED SCHEDULE)

MDL No. 2668

## CONDITIONAL TRANSFER ORDER (CTO −1)

On December 8, 2015, the Panel transferred 1 civil action(s) to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Beverly Reid O'Connell.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge O'Connell.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Beverly Reid O'Connell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 22, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 12/30/2015 that the foregoing document is full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Andres Pedro
DEPUTY CLERK

**IN RE: NATIONAL FOOTBALL LEAGUE'S &QUOT;SUNDAY TICKET&QUOT; ANTITRUST LITIGATION**     MDL No. 2668

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 15−05096 | Lippincott v. DIRECTV, Inc. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 15−08188 | Trilogy Holding, LLC et al v. National Football League, Inc. et al |
| NYS | 1 | 15−08982 | Dassa v. National Football League, Inc. et al |
| NYS | 1 | 15−09050 | D.J.'s Sports Bar, Inc. v. DirecTV Holdings LLC et al |
| NYS | 1 | 15−09443 | T−3 Restaurants, Inc. v. NFL Enterprises LLC et al |